**No. 09-11130. Edilberto Martinez-Cardenas, Petitioner v. Washington.**

562 U.S. 863, 131 S. Ct. 145, 178 L. Ed. 2d 86, 2010 U.S. LEXIS 6270.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 151 Wash. App. 1051.